MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (CABN 412811)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7128
    FAX: (415) 436-7234
    doug.sprague@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-0133 RS |
| Plaintiff, | ORDER STIPULATION REGARDING SCHEDULING |
| v. | |
| JONATHAN EDWARD MILLS, | |
| Defendant. | |

    The United States, by its undersigned counsel, and defendant, by his undersigned counsel, hereby stipulate to and memorialize the following findings made by the Court:

    1.    On April 29, 2014, the parties appeared before this Court for a status hearing. The government was represented by Assistant United States Attorney Doug Sprague, and defendant appeared along with defense attorney Harris Taback, who appeared specially. The matter was continued to May 13, 2014, primarily so defendant could retain counsel and so that counsel could review discovery and otherwise prepare. The Court excluded time under the Speedy Trial Act so defendant could retain counsel and for effective preparation by that counsel, taking into consideration the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(A), 3161(h)(7)(B)(iv). This appearance also was summarized in a Minute Order dated April 29, 2014. (Dkt. 29.)

2.  On May 13, 2014, the parties appeared before this Court for a status hearing.  The government was represented by Assistant United States Attorney Doug Sprague, and defendant appeared along with defense attorney Harris Taback, who appeared generally.  The matter was continued to June 24, 2014.  The Court excluded time under the Speedy Trial Act for effective preparation by recently-retained defense counsel, taking into consideration the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(A), 3161(h)(7)(B)(iv).  This appearance also was summarized in a Minute Order dated May 13, 2014.  (Dkt. 30.)

3.  On June 24, 2014, the parties appeared before this Court for a status hearing.  The government was represented by Assistant United States Attorney Doug Sprague, and defendant appeared along with defense attorney Harris Taback.  The matter was continued to August 19, 2014. For the reasons set forth on the record, the Court excluded time under the Speedy Trial Act for effective preparation of counsel and continuity of counsel, taking into consideration the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(A), 3161(h)(7)(B)(iv)

**IT IS SO STIPULATED**.

MELINDA HAAG
United States Attorney

Dated:    June 24, 2014

/s/
W. DOUGLAS SPRAGUE
Assistant United States Attorney

Dated:    June 24, 2014

/s/
HARRIS TABACK
Attorney for Defendant

**IT IS SO ORDERED.**

DATED:    June 24, 2014

RICHARD SEEBORG
U.S. District Court Judge

2