HARRIS B. TABACK, ESQ., SBN 111017
LAW OFFICES OF HARRIS B. TABACK
345 Franklin Street, Ste. 102
San Francisco, CA 94102
Telephone: (415) 241-1400
Facsimile: (415) 565-0110

Counsel for Defendant JONATHAN EDWARD MILLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>JONATHAN EDWARD MILLS,<br><br>    Defendant. | No. CR 14 133 – RS<br><br>AMENDED STIPULATED REQUEST TO MODIFY DEFENDANT JONATHAN MILLS RELEASE CONDITIONS AND ~~PROPOSED~~ ORDER |

COMES NOW THE DEFENDANT JONATHAN EDWARD MILLS, by and through counsel, Harris B. Taback, who respectfully submits this request to modify his current release conditions as follows (both the United States and Pre Trial Services stipulate to this request and have no objections):

MILLS may leave his residence (he is under LM lock down as a release condition) for four hours without supervision twice a week with advanced approval by Pre Trial Services. Further, MILLS may leave his residence without supervision on Thanksgiving, November 27, 2014 for up to six hours if pre-approved in advance by Pre Trial Services.

Counsel has been informed by AUSA Doug Sprague and Pre Trial Service Officer Anthony Granados that they stipulate to this request and have no objections to the above modifications.

1  Moreover, Pre Trial Service Officer Granados believes the modification to be reasonable because he has conducted several unannounced home contacts at the Defendant's residence and has not seen any computers or internet capable devices. Further, he spoke with the custodian on November 16, 2014 and she confirmed that MILLS has not been using any computers or internet capable devices that she is aware of. Finally, MILLS has been at her home on lock-down from September 4, 2014 to the present date and has complied with his LM monitoring conditions.

Officer Granados concludes his reasoning by noting that it is typical to review LM conditions approximately every three months and recommend changes when appropriate. The requested modification is appropriate, according to Officer Granados, because of MILLS' overall compliance and the potential sentence of 21 - 30 months that is in the Rule (c)(1)(c) Plea Agreement entered on October 7, 2014. Sentencing is February 3, 2015.

The above is submitted to be true and accurate under penalty of perjury by Counsel Taback.

Dated: November 19, 2014                    Respectfully submitted,

                                            LAW OFFICES OF HARRIS B. TABACK


                                            _____SS_____
                                            HARRIS B. TABACK
                                            Attorney for Defendant
                                            JONATHAN  EDWARD  MILLS


### [Proposed] Order

GOOD CAUSE APPEARING, and by the stipulation of the government and Pre Trial Services, it is hereby ordered that: The release conditions of JONATHAN MILLS is modified as follows:

MILLS may leave his residence without supervision for four hours a day, twice a week as approved in advance by Pre Trial Services. Further, on November 27, 2014, MILLS may leave his residence without supervision for up to six hours if pre-approved in advance by Pre Trial Services.

All other conditions of release previously ordered remain in effect.

DATED: November 20, 2014

*Elijah D. Laporte*

The Honorable Elizabeth D. Laporte
UNITED STATES DISTRICT
MAGISTRATE JUDGE

- 3 -