MELINDA HAAG (CABN 132612)
United States Attorney

DAVID CALLAWAY (CABN 121782)
Chief, Criminal Division

KIM A. BERGER (NYBN 2481679)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7232
    Fax:  (415) 436-7234
    Kim.Berger@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO: CR 14-00133 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| JONATHAN EDWARD MILLS, | ) | |
| Defendant. | ) | |

    This case is currently set for sentencing on February 3, 2015. I have only recently been re-assigned this case from J. Douglas Sprague, who has left the United States Attorney's Office. The government respectfully requests a brief adjournment of the sentencing to February 17, 2015 to allow government counsel to fully review the presentence report, and provide the Probation Department with more specific information with respect to the restitution amounts owed to the victims of the offense conduct. I have conferred with Harris Taback, counsel for the defendant, and J.D. Woods, the Probation Officer, and neither objects to re-scheduling the sentencing, and both are available on February 17, 2015. Accordingly, the parties request that the sentencing be re-scheduled for February 17, 2015.

    IT IS SO STIPULATED.

Dated: January 23, 2015                                                    /s/
                                                                                   KIM A. BERGER
                                                                                    Assistant United States Attorney

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the sentencing set for February 3, 2015 will be re-scheduled to February 17, 2015.

IT IS SO ORDERED.

Dated: 1/26/15

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Re-Schedule Sentencing Date
Case No. CR 14-00133 RS