HARRIS B. TABACK, SBN 111017
LAW OFFICES OF HARRIS B. TABACK
JENNIFER L. NAEGELE, SBN 232643
345 Franklin Street, Ste. 102
San Francisco, CA 94102
Telephone: (415) 241-1400
Facsimile: (415) 565-0110

Attorneys for Defendant
JONATHAN EDWARD MILLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:14-cr-00133-001-RS |
| Plaintiff, | ) | **[PROPOSED]** |
| | ) | **ORDER TO EXONERATE BOND** |
| vs. | ) | |
| JONATHAN EDWARD MILLS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Final judgment having been entered in this case, IT IS HEREBY ORDERED that all bond posted in this case be EXONERATED. The clerk of court is directed to return any security for bail posted on the defendant's behalf.

SO ORDERED:

Date: 5/13/15                    _____
                                  HON. RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE